UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES of AMERICA,    CASE NO: 3:13-00134
                             JUDGE TRAUGER
vs.



**Motion GRANTED. Hearing reset for 4/10/14 at 3:00 p.m.**

 CHRISTOPHER JOLLY           /

### UNOPPOSED MOTION FOR CONTINUANCE
### OF SENTENCING HEARING

Comes Now the Defendant Christopher Jolly, by and through his undersigned counsel and respectfully files this unopposed motion to continue the April 7th sentencing hearing to April 10th at 3 p.m. In support the undersigned would show as follows:

1. Mr. Jolly is presently scheduled for sentencing on April 7, 2014.

2. The undersigned will be traveling to and from Chicago for personal reasons on April 5th and 6th and is asking the Court to postpone the sentencing for a few days to allow the undersigned to recover from his travels and better prepare for the sentencing hearing.

3. The Court has advised the undersigned there is time available on April 10th at 3:00 p.m.

4. The undersigned has spoken with AUSA Clay Lee who advised he would not oppose a request for a brief postponement.

Wherefore based on the foregoing the undersigned respectfully requests this Honorable Court reschedule the sentencing hearing in this matter to April 10, 2014 at 3 p.m.